**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ERIC WILLIAMS (A/K/A "BILL MARLO," A/K/A "SAMUEL EDDIE WILLIAMS"), | § | |
| Plaintiff, | § | |
| v. | § | CIVIL NO. 4:18-cv-3317 |
| NANCY A. BERRYHILL, Acting Commissioner of the United States Social Security Administration, | § | |
| Defendant. | § | |

**JOINT NOTICE OF SETTLEMENT**

The parties have resolved their differences. Defendant will take certain administrative action. Once that action has been taken, the parties will move to dismiss this action with prejudice. The parties respectfully request that all court deadlines and settings be vacated pending submission of final dismissal pleadings.

Dated: March 7, 2019

Respectfully submitted,

*<u>/s/ Mark S. Armstrong</u>*
Mark S. Armstrong
*Attorney-in-Charge*
Southern District No. 219390
Texas Bar No. 01321900
Phillip M. Rice
Southern District Application Pending
Texas Bar No. 24077847
POLSINELLI PC
1000 Louisiana Street, Suite 6400
Houston, Texas 77002
Tel.: (713) 374-1660
Fax: (713) 374-1601
Email: marmstrong@polsinelli.com
Email: price@polsinelli.com

*Counsel for Plaintiff*

*—and—*

RYAN K. PATRICK
United States Attorney

By: *<u>/s/ Annalisa L. Cravens</u>*
Annalisa L. Cravens
Assistant United States Attorney
*Attorney-in-Charge*
Southern District No. 2791281
Texas Bar No. 24092298
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
Tel.: (713) 567-9489
Fax: (713) 718-3303
Email: Annalisa.Cravens@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I certify that on March 7, 2019, the foregoing document was filed through the Court CM/ECF system, which will serve all parties and counsel registered.

*/s/ Annalisa L. Cravens*
Annalisa L. Cravens
Assistant United States Attorney